FILED
CLERK, U.S. DISTRICT COURT

DEC 21 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKAL DAVID ADAMS,<br><br>        Petitioner,<br><br>    v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>        Respondent. | No. CV 09-5505 AJG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: Dec 21, 2011

_____
ANDREW J. GUILFORD
United States District Judge